

Case 2:21-mj-00002-WEC   Filed 01/21/21   Page 1 of 4   Document 11-2

EXHIBIT 2

 

Gov't Exhibit A, page1



